# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130398

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DITAINIA ADAMS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130398
COA: 257313
Monroe CC: 03-033284-FC

On order of the Court, the application for leave to appeal the December 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

l0522